[Civ. No. 8829.   First Appellate District, Division Two.—October, 31, 1932.]

W. W. CHAPPELL, as City Clerk, etc., Petitioner, v. THE SUPERIOR COURT OF ALAMEDA COUNTY et al., Respondents.

C. Stanley Wood, City Attorney, and Hilton J. Melby, Chief Deputy City Attorney, for Petitioner.

THE COURT.—■ The petition for a writ of prohibition is denied. Such denial, however, should not be interpreted as a ruling of this court upon the sufficiency of the petition for a writ of mandate filed in the superior court.